[No. 31432-7-I.    Division One.    April 24, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. LONNIE LEE BURTON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-01109-0, John F. Wilson, J., entered September 11, 1992. *Reversed* by unpublished opinion per Coleman, J., concurred in by Becker, J., and Alsdorf, J. Pro Tem.

[No. 34338-6-I.    Division One.    April 24, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. LAVELLE ANTEL DANIEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-8-05253-9, John M. Darrah, J., entered March 24, 1994. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster and Becker, JJ.

[No. 33050-1-I.    Division One.    April 24, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. THUAN MINH NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-04925-9, Norma Smith Huggins, J., entered June 21, 1993. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.